# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antonio Gordon <br> *Plaintiff* <br> v. <br> Mrs. DHO Linda Sanders; Mr. Warden Leroy Cartledge; Major Mursier Frank; Officer Sgt. Tutt; individually and in their official capacities, <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:10-476-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. This action is dismissed with prejudice pursuant to Rule 41 (b) for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date: December 21, 2010

*CLERK OF COURT*  Larry W. Propes

*Signature of Clerk or Deputy Clerk*